Exhibit "A"

**CONDOR INSURANCE LIMITED**
**FINANCIAL STATEMENTS**
**FOR THE YEAR**
**ENDED DECEMBER 31, 2005**

CERTIFIED TRUE AND CORRECT

_____
DIRECTOR, CONDOR INSURANCE LTD

# GLOBAL ACCOUNTING ASSOCIATES

| P.O. Box 520 | #2 Central Street | Basseterre | St. Kitts | West Indies |
|---|---|---|---|---|
| Telephone: (869)465-8212 | | Fax (869)465-5579 | E-Mail:sngalla@hotmail.com | |

## AUDITORS REPORT

To: The Shareholders of
Condor Insurance Limited

We have audited the accompanying balance sheet of Condor Insurance Limited as at December 31, 2005 and the related statements of income, changes in equity and cash flows for the year then ended. These financial statements set out on pages 2 to 9 are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with International Standards on Auditing. Those standards require that we plan and perform our audit to obtain reasonable assurance about whether the financial statements are free of material misstatements. An audit includes examining on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statements presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the financial statements referred to above, present fairly, in all material respects, the financial position of the Company as at December 31, 2005 and the result of its operations, changes of equity and its cash flows for the year then ended in accordance with generally accepted accounting principles.

*Global Accounting Associates*

Global Accounting Associates
Chartered Accountant

July 17, 2006

-1-

**PRINCIPAL:** *Samuel W. Na'alla.* **FCCA. ACIB**

**CONDOR INSURANCE LIMITED**
**BALANCE SHEET**
**(EXPRESSED IN UNITED STATES CURRENCY)**

|  |  | AS AT DECEMBER 31, | |
|---|---|---|---|
| **ASSETS** | **NOTES** | **2005** | **2004** |
| **CURRENT** | | | |
| Cash and Bank | 2 (e) & 3 | 2,540,797 | 2,269,334 |
| Accounts Receivable | 4 | 6,983,241 | 15,132,170 |
| Investments and Securities | 5 | 304,427,146 | 293,634,749 |
| | | 313,951,184 | 311,036,253 |
| **FIXED** | | | |
| Rolling Stock and Other Assets | 2 (f) & 6 | 659,937 | 696,837 |
| Real Estate | 7 | 1,040,500 | 1,740,000 |
| | | 1,700,437 | 2,436,837 |
| **Total Assets** | | 315,651,621 | 313,473,090 |
| **LIABILITIES** | | | |
| **CURRENT** | | | |
| Accruals | | 159,093 | 101,000 |
| Unearned Premiums | 8 | 3,572,007 | 2,775,250 |
| Contingent Liability | 9 | 18,287,838 | 8,471,250 |
| | | 22,018,938 | 11,347,500 |
| **LONG TERM** | | | |
| Policy Reserve | 10 | 33,842,179 | 43,692,279 |
| **Total Liabilities** | | 55,861,117 | 55,039,779 |
| **SHAREHOLDERS' EQUITY** | | | |
| Share Capital | 11 | 1,000,000 | 1,000,000 |
| Capital Contributed | 12 | 54,958,095 | 54,958,095 |
| Surplus Note | 13 | 165,000,000 | 165,000,000 |
| Retained Earnings | | 39,032,410 | 37,475,216 |
| **Total Shareholders' Equity** | | 259,990,505 | 258,433,311 |
| **Total Liabilities & Shareholders' Equity** | | 315,651,621 | 313,473,090 |

The attached Notes form part of these Financial Statements

_____ Director      _____ Director

-2-

**CONDOR INSURANCE LIMITED**
**INCOME STATEMENT**
**(EXPRESSED IN UNITED STATES DOLLARS)**

|  | FOR THE YEAR ENDED DECEMBER | |
|---|---|---|
|  | 2005 | 2004 |
| Gross Revenues | 14,641,209 | 21,890,472 |
| Less: General and Operating Expenses | 4,585,257 | 3,522,364 |
| Net Income from Operations | 10,055,952 | 18,368,108 |
| Less: |  |  |
| Recognised Losses on Investments | 699,500 | 1,575,500 |
| Legal and Professional Expenses | 655,479 | 671,084 |
| Depreciation | 193,831 | 178,821 |
| Provision for Policy Reserves | 6,829,046 | 10,667,378 |
|  | 8,377,856 | 13,092,783 |
| Net Profit for the year | 1,678,096 | 5,275,325 |

The attached Notes form part of these Financial Statements

- 3 -

**CONDOR INSURANCE LIMITED**
**STATEMENT OF CHANGES IN EQUITY**
**FOR THE YEAR ENDED DECEMBER 31, 2005**
**(EXPRESSED IN UNITED STATES CURRENCY)**

|  | SHARE CAPITAL | CAPITAL CONTRIBUTED | SURPLUS NOTES | RETAINED EARNINGS | TOTAL |
|---|---|---|---|---|---|
| Balance at December 31, 2003 | 1,000,000 | 54,958,095 | 165,000,000 | 32,488,679 | 253,446,774 |
| Net Income for the year |  |  |  | 5,275,325 | 5,275,325 |
| Dividends Paid and Proposed |  |  |  | (288,788) | (288,788) |
| Balance at December 31, 2004 | 1,000,000 | 54,958,095 | 165,000,000 | 37,475,216 | 258,433,311 |
| Balance at December 31, 2004 | 1,000,000 | 54,958,095 | 165,000,000 | 37,475,216 | 258,433,311 |
| Net Income for the year |  |  |  | 1,678,096 | 1,678,096 |
| Dividends Paid and Proposed |  |  |  | (120,902) | (120,902) |
| Balance at December 31, 2005 | 1,000,000 | 54,958,095 | 165,000,000 | 39,032,410 | 259,990,505 |

The attached Notes form part of these Financial Statements

- 4 -

**CONDOR INSURANCE LIMITED**
**CASH FLOW STATEMENT**
**(EXPRESSED IN UNITED STATES CURRENCY)**

|  | FOR THE YEAR ENDED DECEMBER | |
|---|---:|---:|
|  | 2005 | 2004 |
| **CASH FLOW FROM OPERATING ACTIVITIES** | | |
| Net Profit | 1,678,096 | 5,275,325 |
| Adjustment to reconcile net profit to cash provided by operating activities | | |
| Depreciation | 193,831 | 178,821 |
| Loss on Assets | 699,500 | |
|  | 2,571,427 | 5,454,146 |
| (Increase)/Decrease in: | | |
| Accounts Receivable | 8,148,929 | 36,202,630 |
| Investments and Securities | (10,792,397) | (38,159,749) |
| (Decrease)/Increase in: | | |
| Accruals | 58,093 | 51,000 |
| Unearned Premiums | 795,757 | (3,774,750) |
| Contingent Liability | 9,616,588 | (9,303,750) |
| **CASH OUTFLOW FROM OPERATING ACTIVITIES** | 10,599,397 | (9,530,273) |
| **INVESTING ACTIVITIES** | | |
| Purchases of Fixed Assets | (156,931) | (77,201) |
| **CASH OUTFLOW FROM FINANCING ACTIVITIES** | (156,931) | (77,201) |
| **FINANCING ACTIVITIES** | | |
| Dividend | (120,902) | (288,788) |
| Policy Reserve | (10,050,100) | 10,667,378 |
| **CASH (OUTFLOW)/IN FLOW FROM FINANCING ACTIVITIES** | (10,171,002) | 10,378,590 |
| **INCREASE IN CASH** | 271,463 | 771,117 |
| **CASH BEGINNING OF YEAR** | 2,269,334 | 1,498,217 |
| **CASH END OF YEAR** | 2,540,797 | 2,269,334 |

**CONDOR INSURANCE LIMITED**
**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE YEAR ENDED DECEMBER 31, 2006**
**(EXPRESSED IN UNITED STATES DOLLARS)**

1. **INCORPORATION AND PRINCIPAL ACTIVITY**

    The Company was incorporated on December 15, 1992 as Company Number 62 1992 (Offshore) under The Companies Act (Cap 335) of the Federal Laws of St. Kitts and Nevis. The Objects Clauses of its Memorandum of Association provide for The Company to carry on all types of insurance business as an international carrier.

    It began active commercial operations in 1996. ATLANTIC AMERICAN HOLDING COMPANY LIMITED (the Parent), which had also been incorporated as a St. Kitts company, owns 99.9% of The Company's Share Capital.

    The Company is involved primarily in reinsurance business, as well as issuing special types of Financial Guarantees and Surety Bonds, with an emphasis on covering "blocks" of business from ceding insurers.

2. **SIGNIFICANT ACCOUNTING POLICIES**

    The Financial Statements have been prepared in accordance with Generally Accepted Accounting Principles, applicable to insurance carriers with multi-national lines of business. Assets are designated as being current in conformity with statutory accounting policies on a case by case basis. The following policies are applied by The Company:

    a) Premiums Earned are recorded as earned:

        i. Upon expiration of policies for all annual purposes; and

        ii. Ratable over the life of the policies for intermittent purposes, unless otherwise agreed and contracted;

    b) Claims paid are recorded as those actually paid plus an allowance for known claims (IBNR) on a per policy basis recorded as a current liability and expensed as of the date the Company becomes aware of the claim.

    c) Claims Reserve are estimated at 80% of the coverage provided.

    d) Provisions for taxes are not included in these Financial Statements. The Company is exempt from taxes at its place of domicile.

**CONDOR INSURANCE LIMITED**
**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE YEAR ENDED DECEMBER 31, 2005**
**(EXPRESSED IN UNITED STATES DOLLARS)**

e) Foreign Currencies:- all amounts are stated in United States Currency. During the year exchange differences arising from currency translations in the course of trading, and gains and losses arising from the translation on monetary current assets and liabilities are dealt with through the Income Statement.

f) Rolling Stocks and Other assets are stated at cost. Provision for depreciation is charged on a straight line basis estimated to write off the assets over their expected useful lives at the following rates:-

| | |
|---|---|
| Buildings | 5% |
| Rolling Stocks | 10% |
| Office Equipment | 20% |
| Machinery & Equipment | 15% |
| Furniture & Fittings | 5% & 10% |

### 3. CASH AND BANK

All accounts are in the name of the Company and under the control of the Company and the amount is made up as follows:

| | 2005 | 2004 |
|---|---|---|
| Overseas | 2,532,593 | 2,259,487 |
| Local | 8,204 | 9,847 |
| | 2,540,797 | 2,269,334 |

### 4. ACCOUNTS RECEIVABLE

These amounts include premiums from insurance and reinsurance contracts as earned within the trading year.

### 5. INVESTMENTS AND SECURITIES

These consist of holdings in US based companies and securities that are, for the most part, publicly traded on stock exchanges in The United States. The variations are reflective of the stock market values obtaining at the end of the last business day of the trading year being audited. They also include an investment (at par value) of $1,000,000 in the Company's wholly owned subsidiary, Aegis Shipping Limited.

CONDOR INSURANCE LIMITED
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED DECEMBER 31, 2005
(EXPRESSED IN UNITED STATES DOLLARS)

### 6. ROLLING STOCK AND OTHER ASSETS

|  | Buildings | Rolling Stocks | Office Equipment | Machinery Equipment | Furniture & Fittings | Total |
|---|---|---|---|---|---|---|
| **COST** | | | | | | |
| At beginning of year | 96,195 | 919,103 | 105,597 | 26,293 | 505,407 | 1,654,595 |
| Additions | | | 2,228 | | 155,398 | 157,626 |
| Disposal | | | | | | 0 |
| At end of year | 96,195 | 919,103 | 107,825 | 26,293 | 660,805 | 1,812,221 |
| **ACCUMULATED DEPRECIATION** | | | | | | |
| At beginning of year | 34,202 | 604,479 | 37,559 | 25,725 | 255,793 | 957,758 |
| Additions | 4,910 | 91,911 | 34,423 | 308 | 62,974 | 194,526 |
| Disposal | | | | | | 0 |
| At end of year | 39,112 | 696,390 | 71,982 | 26,033 | 318,767 | 1,152,284 |
| **NET BOOK VALUE** | | | | | | |
| At December 31, 2005 | 59,083 | 222,713 | 35,843 | 260 | 342,038 | 659,937 |
| At December 31, 2004 | 63,993 | 314,624 | 68,038 | 568 | 249,614 | 696,837 |

### 7. REAL ESTATE

All holdings are reported at market value as at the end of the trading year.

### 8. UNEARNED PREMIUMS

The amount is computed in accordance with the policy as stated under Note 3A above.

### 9. CONTINGENT LIABILITY

This account represents a provision for disputed claims against The Company. It is adjusted as matters are raised and settled.

**CONDOR INSURANCE LIMITED**
**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE YEAR ENDED DECEMBER 31, 2005**
**(EXPRESSED IN UNITED STATES DOLLARS)**

### 10. POLICY RESERVE

This account comprises reserve liabilities of the Company's directly written business at the levels indicated in note 3c. above.

### 11. SHARE CAPITAL

|  | 2005 | 2004 |
|---|---|---|
| Authorized |  |  |
| 1,000,000 No Par Value Common Shares | 1,000,000 | 1,000,000 |
| Issued and Fully Paid |  |  |
| 1,000,000 No Par Value Common Shares | 1,000,000 | 1,000,000 |

### 12. CAPITAL CONTRIBUTED

This consists of investments, bonds and securities. These have been adjusted for unrealised gains and losses thereon.

### 13. SURPLUS NOTES

In accordance with Statutory Accounting requirements, this item is treated as equity. There is no scheduled redemption period as this transaction is between The Company and its Parent.

- 9 -

Exhibit "B"

2006

**Portfolio Transfer (July - December)**

Premium Value    $6,000,000.00

**Compensation**

Cash             $1,768,000.00

Non Cash         1. New LTV Account Receivable (still uncollected)                                    $500,000.00
                 2. Gold Rock Creek / Stockton Fuller & Co Account Receivable (still uncollected)     $650,000.00
                 3. PetroQuest Restricted shares of Stock - 3,000,000 shares @ $65 per share        $1,950,000.00

Non Cash Value   $3,100,000.00

Compensation     $4,868,000.00

Fronting Fees    $600,000.00

Excess liability taken by CGI    $532,000.00

1,132,000