Exhibit "C"

**PetroQuest Resources, Inc.**
ONE ARLINGTON CENTRE
1112 EAST COPELAND ROAD, SUITE 420
ARLINGTON, TEXAS 76011
TELEPHONE (817) 460-4498 TELEFAX (817) 795-0154

January 17, 2007

Kurt Hughes
Interwest Transfer Co., Inc.
1981 East 4800 South
Suite 100
Salt Lake City, Utah 84117

Dear Kurt:

Find enclosed certificate number 2495 in the amount of Two Million Five Hundred Thousand (2,500,000) shares of Series C Preferred Stock issued to Condor Insurance Limited. Cancel the certificate and return the share amount to Treasury.

Issue a certificate in the amount of Two Million (2,000,000) shares of Series C Preferred Stock (Restrictive Legend applied pursuant to Rule 144) in the name of **Condor Guaranty, Inc.**

Included are copies of the Certified Copy of the Unanimous Consent of the Board of Directors for the cancellation of the certificate plus the Rescission Agreement, attached, plus the Unanimous Consent of the Board of Directors for the issue of shares to Condor Guaranty, Inc.

I am including a check in the amount of Thirty Five Dollars ($35.00) for certificate and Federal Express fees.

Federal Express the certificate to:

Condor Guarantee, Inc.
Att: Tyghe Williams
7345 Salida Road
Mentor on the Lake, OH 44060
Tel. (440) 209-9977

Should you have any questions please give me a call at (440) 368-3558.

Sincerely,

Edwin P. Staples, Secretary

Exhibit "D"

Condor Guaranty, Inc.

# Condor Guaranty, Inc.

Overview History Member Benefits Becoming a Member Auditor's Report Balance Sheet Profit & Loss Notes to the Financials Society Board Contact Disclaimer



## Balance Sheet

### CONDOR GUARANTY, INC.
### BALANCE SHEET
### (EXPRESSED IN UNITED STATES CURRENCY)

**ASSETS**                                    As at December 31, 2006

CURRENT
| | |
|---|---|
| Cash and Bank | $779,944 |
| Accounts Receivable | 1,228,842 |
| Investment and Securities | 170,590,307 |
| | 172,599,093 |

| | |
|---|---|
| **Total Assets** | 172,599,093 |

**LIABILITIES**

CURRENT
| | |
|---|---|
| Accounts Payable | 7,884 |
| | 7,884 |

LONG TERM
| | |
|---|---|
| Promissory Note | 1,500,000 |
| Policy Reserve | 2,565,307 |
| | 4,073,191 |

| | |
|---|---:|
| **Total Liabilities** | 4,073,191 |
| | |
| **SHAREHOLDER'S EQUITY** | |
| Shareholder's Equity | 166,500,000 |
| Net Income | 2,025,902 |
| | 168,525,902 |
| | |
| **Total Shareholder's Equity** | 168,525,093 |
| | |
| **Total Liabilities &** | |
| **Shareholder's Equity** | 172,599,093 |

_Harvey Milam_
President
Condor Guaranty, Inc.

_John P Lindsey_
Secretary
Condor Guaranty, Inc.

© Condor Guaranty, Inc. 2007

Condor Guaranty, Inc.

# Condor Guaranty, Inc.

Overview History Member Benefits Becoming a Member Auditor's Report Balance Sheet Profit & Loss Notes to the Financials Society Board Contact Disclaimer



## Notes to the Financials

### Condor Guaranty, Inc.
### Notes to the Financial Statements

**1. Incorporation and Principal Activity**

The Company was incorporated on 8 November 2006 as Company Number 145879 (B) pursuant to The International Business Companies Act (No. 45 of 2000) of the Commonwealth of the Bahamas as an International Business Company.

**2. Fiscal Year**

The Company's fiscal year end is December 31. References in the accompanying financial statements and notes represents the year ended December 31, 2006.

**3. Currency**

All amounts are stated in United States Currency. During the year, exchange differences arising from currency translations in the course of trading, and gains and losses arising from the translation of monetary current assets and liabilities are dealt with through the income statement.

**4. Cash in Banks**

Account is in the name of the company and/or under the control of the Company. United National Bank holds the only accounts under the name Condor Guaranty Inc.

**5. Accounts Receivable**

These amounts include benefits fees due from a portfolio transfer and other notes payables owed to the Company.

**6. Investments and Securities**

Condor Guaranty, Inc.

These consist of holdings in U.S. based companies and securities that are, for the most part, publicly traded on stock exchanges in the United States.

**Portfolio of Preferred Stock**                                    $100,540,250
A diversified portfolio of preferred stock in US based public companies.

**Portfolio of Common Stock**
$2,050,057
A diversified portfolio of common stock in US based public companies.

**Gas and Oil Properties**
$68,000,000
Investments in Oil and Gas properties and equipment in various locations in the United States.

**TOTAL INVESTMENTS AND SECURITIES**                    $170,590,307

© Condor Guaranty, Inc. 2007
Further © Professional Benefit Association 2007
www.condorgty.com

Condor Guaranty, Inc.

# Condor Guaranty, Inc.

Overview History Member Benefits Becoming a Member Auditor's Report Balance Sheet Profit & Loss Notes to the Financials Society Board Contact Disclaimer



## Profit & Loss Standard

**CONDOR GUARANTY, INC.**
**PROFIT AND LOSS STANDARD**
**NOVEMBER 8 THROUGH DECEMBER 31, 2006**
**(EXPRESSED IN UNITED STATES CURRENCY)**

| | Nov 8 - Dec 31, '06 |
|---|---|
| Ordinary Income/Expense | |
| Income | |
| Gross Revenues | $3,069,420 |
| Total Income | 3,069,420 |
| | |
| Expense | |
| Operating Expense | 1,021,020 |
| Legal Expense | 22,498 |
| Total Expense | 1,043,518 |
| | |
| **Net Income** | **$2,025,902** |

© Condor Guaranty, Inc. 2007
Further © Professional Benefit Association 2007
www.condorgty.com

Exhibit "E"

The Government of the Bahamas - Guidelines and Guidance Notes



**The Commonwealth of The Bahamas**

| Home | Site Map | How Do I | Contact Us | FAQ | Disclaimer | Forms | Print |

Visit a Ministry

Registrar of Insurance Companies > Laws and Regulations > Guidelines and Guidance Notes

**Insurance**

- ❋ About the ORIC
- ❋ Conferences
- ❋ Laws and Regulations
- ❋ Public Register
- ❋ Reports
- ❋ Links
- ❋ Contacts

## OFFICE OF THE REGISTRAR OF INSURANCE COMPANIES

### MINISTRY OF FINANCE

### *GUIDELINES ON THE ISSUANCE OF INSURANCE LICENCES IN THE BAHAMAS FOR BOTH DOMESTIC AND EXTERNAL (CAPTIVE) OPERATIONS*

(The following guidelines are for applications for insurers, brokers, agents and managers.)

An insurance company wishing to be licensed in The Bahamas must show that those persons who control its affairs are competent, with evidence of relevant ability, integrity, and experience in the field of insurance. The Insurance Act of 1969 (Domestic), and the External Insurance Act of 1983, along with the relevant Regulations, have been designed to accommodate a wide variety of insurance business.

## Business Plan

Fundamental to an application for a licence to operate in or from The Bahamas is the submission of a detailed Business Plan, which will —

a) be a major factor in determining whether or not a licence is issued; and

b) if so, define and thereby control the *modus operandi* of the licensee.

This Business Plan must include, where appropriate —

1) The reasons for choosing The Bahamas as a base for operations.

The Government of the Bahamas - Guidelines and Guidance Notes

2) A five year projection including anticipated risk exposure and asset base at the end of each year during the period.

3) The type and source of business contemplated, specifically categorized.

4) Anticipated premium income, properly categorized.

5) An overall assessment of the risk factors and, if appropriate, an analysis of proposed reinsurances. Details of reinsurance and net risk retained must be provided. The prime concern is to ensure that where reinsurances are used to reduce substantially the potential liabilities outstanding, the policies are to be taken out with only reputable, well reserved, and financially sound reinsurers. The reinsurers must be identified by name and address, and evidence provided of their financial solvency and consistent financial reliability.

6) An assessment of the expected ratio of claims to premiums for each category of business written, with a statement explaining the rationale applied.

7) Details concerning the company's plans for sales and distribution, setting forth acquisition costs and proposals for conforming with applicable laws in the place where it is proposed to sell the insurance product.

8) Confirmation by an independent accountant that the product is USA tax compliant.

The Business Plan and financial projections must be reviewed by a competent independent accountant and actuary, each of whom will certify the feasibility of the proposed scheme from their own perspective.

## Company Name

The name of the company should reflect the type of insurance business to be undertaken, and should not confuse or deceive. The Office of the Registrar of Insurance must approve the company's name.

## Capital Requirements

Capital requirements for insurers will vary, but those companies wishing to engage in domestic general business will be expected to have minimum paid-up and unencumbered capital of **B$1,000,000.** For companies wishing to engage in domestic long-term business, this minimum paid-up capital will **be B$2,000,000.**

For companies wishing to engage in External (Captive) **life** insurance business, the minimum paid-up capital will be

**B$200,000.**

Companies wishing to engage in External (Captive) **general** insurance business will be expected to have a net worth based on premium income, with the minimum being **$100,000.00.**

Please note that these are minimum requirements and that the actual required capital levels can vary depending on the business plan submitted, and will be determined on the following criteria (projected or actual):

1. The size of the company as measured by its assets, capital and/or surplus, reserves, premium writings and insurance in force.

2. The kinds of business written, the company's net exposure and the degree of diversification of lines of insurance.

3. The past and anticipated trend in the size of the company's capital and consideration of premium growth, operating history, loss and expense ratios.

Brokers and Agents under the Insurance Act, 1969, must have start-up capital of at least **$10,000.00.**

**Additional Requirements**

The following additional requirements are to be satisfied when filing the application:

(a) In the case of an existing company, audited financial statements for the previous two years.

(b) In the case of individuals/partnerships, certified **Net Worth Statements** for all beneficial owners.

(c) Where the applicant is currently doing insurance business in other jurisdictions, a "Certificate of Good Standing" from the relevant regulators.

(d) Letters from the aforementioned regulators that they would have no objections to the insurance entity being registered in this jurisdiction.

(e) Current police certificates on behalf of all beneficial owners, directors, and executives.

(f) A detailed resume of each of the beneficial owners and key officers, together with certified proof of qualifications listed.

(g) Personal, professional, and banking letters of reference for the beneficial owners, the directors, and the officers of the proposed insurance entity.

(h) In case of a branch, certified copies of all of the constitutive documents for the parent insurance entity.

## Solvency Margins

Solvency ratios will be established on the basis of risk assessment in each particular case. As a guideline, the minimum solvency margin ratio for domestic long-term and general insurers will be 5 to 1 net premium to Capital/Surplus, but 3 to 1 is preferred.

## Admissible/Permitted Assets

Admissible (permitted) assets for the calculation of solvency margins will include:

1. Cash and time deposits with acceptable financial institutions.
2. Fixed interest securities and blue-chip equities traded on recognized stock exchanges.
3. Government Bonds.
4. Premiums receivable – but excluding premiums more than 6 months outstanding.
5. Irrevocable Letters of Credit issued by acceptable financial institutions.

All assets should be valued at *market value* and no amounts receivable from related parties may be included without prior written approval from the Registrar.

## Non-Admissible or Prohibited Assets

Non-Admissible or prohibited assets will include:

1. Machinery, computer hardware and software.
2. Loans to group or connected companies and individuals.
3. Investments in options, futures, or forward contracts.
4. Premiums more than 6 months outstanding from due date.
5. Non-income-bearing real estate.

## Categories of Licence

The Government of the Bahamas - Guidelines and Guidance Notes

There are, at present, five categories of insurance licence covering:

1. Insurance Salesman
2. Agent
3. Broker
4. Insurer
5. Underwriting Manager

Further categories of licence may be added when circumstances dictate.

Branches/subsidiaries of leading international or regional insurance companies will receive every assistance when applying for a licence. Parent companies, however, may be required to provide a suitable guarantee covering the liabilities of any *subsidiary* applying for a licence. Additionally, approval from the insurance supervisor in the company's country of domicile and copies, periodically, of statutory filings made in the home jurisdiction, may be requested.

**Application Fee**

Non-refundable licence application fees are applicable as follows –

§ for an Insurer's, Underwriting Manager's or Insurance Broker's licence .................. $25.00

§ for an Agent's licence ..................................................................................$25.00

§ for a salesman's licence .................................................................................. Nil

**Application Forms**

Application forms are in the First Schedule/Part A of the Regulations to the Insurance Act, 1969, and the External Insurance Act, 1983. These documents may be viewed at *http://www.bahamas.gov.bs/ORIC*

Hard copies of the Acts and Regulations are available from:

Government Publications

The Government of the Bahamas - Guidelines and Guidance Notes

Page 6 of 8

P.O. Box N-7147
Nassau, The Bahamas

*Partially completed, undated or unsigned applications without adequate supporting required documentation, should not be submitted.*

**Initial Registration Fees**

Should the application be given favourable consideration, the initial registration fees are as follows:

**1. Domestic Business**

      **(1) *For insurers writing life assurance business –***

*(a) where the gross premium business in the preceding year exceeded $1,000,000.00 from local policies ....................$3,000.00;*
*(b) where the gross premium business in the preceding year exceeded $100,000.00 but did not exceed $1,000,000.00 from local policies ..............................................................................$1,500.00;*
*(c) in all other cases, including newly formed companies .......$1,000.00;*
*(2) For insurers writing other- than- life business .................$1,000.00;*
*(3) For Brokers and Agents..................................................$650.00;*
*(4) For Salesmen ..................................................................$25.00*

**2. External (e.g. Captive) Business**

*(1) For insurers writing life and other-than-life business ....... $2,500.00*
*(2) For Underwriting Managers ................................................ $650.00*
*(3) For Brokers ...................................................................... $650.00*

**Annual Fees**

Subsequent annual registration fees for licences are as follows:

**1. Domestic Business**

The Government of the Bahamas - Guidelines and Guidance Notes

Page 7 of 8

**(1) *For Insurers writing life and other-than-life business ....$1.00 per $1,000.00 worth of all local policy premium business subject to a minimum fee of $500.00 and a maximum of $5,000.00.***
**(2) *For Brokers and Agents ................................ $650.00.***
**(3) *For Salesmen ....................................$25.00.***

2. **External (i.e. Captive) Business**

(1) *For Insurers ...................................................$2,500.00*
(2) *For Underwriting Managers .....................$650.00*
(3) *For Brokers .......................................$650.00*

The Insurance Acts require every Licensee to conspicuously display at each of its offices the current licence or a copy thereof.

**Indemnity Bond/Insurance for Domestic Brokers**

In addition to the registration fee, an Indemnity Bond of $500,000 or an appropriate level of E & O Insurance must be procured within three months after the start of operations.

**Financial Statements and Balance Sheets**

Profit and loss statements and balance sheets must be prepared and audited. Such accounts are required annually, or every six months if deemed necessary by the Registrar, and subject to the type of business written. In any event, a full set of accounts will be required annually.

**Independent Auditors**

While prior approval of the independent auditors of insurance companies by the Registrar is not a requirement, the auditors must be suitably and professionally qualified, and must be certified members of the Bahamas Institute of Chartered Accountants. The independent auditor is required to provide the necessary annual confirmations (accounts/business plan compliance) to the Registrar.

**Actuaries**

Actuarial valuations, at least once every three years, will be required of life insurers. However, the Registrar may also, in his discretion, require a general insurer to submit an actuarial valuation in relation to its general business.

The actuary must hold appropriate professional qualifications and, unless otherwise specified, all valuations prepared must be sent directly to the Registrar.

## Annual Compliance Requirements

Apart from the payment by all licensees of an annual licence fee, insurers, underwriting managers, and brokers are required to submit as well, within four (4) months after the end of their financial years, certain specified documents and/or undertakings so as to ensure that acceptable business standards and practices are not only in place, but are also maintained while the company/licensee is carrying on insurance business.

## Penalties

The conduct of insurance business in or from within The Bahamas will be closely monitored, and the Insurance Acts provide for the suspension or revocation of licences where such action is justified. Additionally, fines and imprisonment can be imposed where a person contravened the provisions of the Acts and Regulations. The intention of the Acts and the Regulations is to attract quality insurance operations to the Commonwealth of The Bahamas.

The Registrar of Insurance
Ministry of Finance
P.O. Box N-7770
Nassau, The Bahamas
Telephone: (1) (242) 328 1068 * Telefax (1) (242) 328 1070
E-Mail: ORIC@bahamas.gov.bs

© 2005 The Official Website of The Government of The Bahamas. All rights reserved

Exhibit "F"

Page 1 of 3



The Commonwealth of The Bahamas

Home | Site Map | How Do I | Contact Us | FAQ | Disclaimer | Forms | Print

Visit a Ministry

- Insurance
- About the ORIC
- Conferences
- Laws and Regulations
- Public Register
- Reports
- Links
- Contacts

Registrar of Insurance Companies > Public Register >External Insurers and Underwriting Managers List

## LIST OF EXTERNAL INSURERS AND UNDERWRITING MANAGERS
## AS AT JUNE 30TH, 2007

Key

| LICENSEE | CLASS | P O BOX | TELEFAX | TELEPHONE | REPRESENTATIVE | E-MAIL |
|---|---|---|---|---|---|---|
| **INSURERS** | | | | | | |
| ATLANTIC GENERAL INSURANCE LTD. | P&C/A/FC | N-3026 | 356-9432 | 356-5454 | Ms. Aranura Roberts | aroberts@winterbotham.com |
| BRITISH AMERICAN INSURANCE COMPANY LTD. | LT | N-7291 | 328-8958 | 322-8956 | Mrs. Eileen Serville | serville@batelnet.bs |
| CHICAGO TITLE INSURANCE COMPANY LTD. | P & C | N-4805 | 328-8395 | 322-1126 | Mr. Emanuel Alexiou | ealexiou@bahamaslaw.com |
| EXUMA MARINE LTD. | P & C | | | 393-4996 | Ms. Michelle Nottage | michellenottage@coralwave.com |
| FIDELITY NATIONAL TITLE INSURANCE COMPANY LIMITED. | P & C | N-4805 | 328-8395 | 322-1126 | Alexiou Knowles & Company Mr. Emanuel Alexiou | ealexiou@bahamaslaw.com |
| FIRST NEW ENGLAND INSURANCE CORPORATION LIMITED. | P & C | N-3026 | 356-9432 | 356-5454 | The Winterbotham Trust Company Ltd. | nassau@winterbotham.com |
| FIVE OCEANS LIFE INSURANCE COMPANY SAC LTD. | LT | N-65 | 328-8388 | 323-8574 | Ms. LaShonda Seymour | info@privatetrustco.com |
| GLOBAL RELIANCE ASSURANCE CORPORATION | PC | CB-12724 | 326-5349 | 326-5205 | Mr. Clive Dawson Mr. Hywel Jones | c.dawson@britgroup.com britannia@britgroup.com |
| HAMPTON INSURANCE COMPANY LTD. | L&H | CB-12724 | 326-5350 | 326-5206 | Mr. Hywel Jones | britannia@britgroup.com |
| HANG SENG INSURANCE (BAHAMAS) LTD. | P&C/A/FC | N-3019 | 502-2582 | 502-2580 | Mr. Joe Cheng | joe.l.cheng@us.hsbc.com |
| HARBOUR LIFE & REINSURANCE COMPANY LIMITED. | LT & P&C | N-3026 | 356-9432 | 356-5454 | Mrs. Shera Whymms | Nassau@Winterbotham.com |
| INTERNATIONAL | P&C/A/FC | CB- | 326-5349 | 326-5205 | Mr. Clive Dawson | c.dawson@britgroup.com |

| Company Name | Type | Reg. No. | Phone 1 | Phone 2 | Contact | Email |
|---|---|---|---|---|---|---|
| REINSURANCE CORPORATION OF NORTH AMERICA COMPANY LTD. | | 12724 | | | | |
| LONGFORD INSURANCE COMPANY LTD. | P&C/AFC | N-65 | 356-6787 | 323-8574 | Mr. Roger Carpenter | |
| MAYLAN INTERNATIONAL CORPORATION LTD. | P&C | N-3247 | 502-5250 | 502-5200 | Higgs & Johnson Mrs. Hollie Lunn-Donathon | hlunn@higgsjohnson.com |
| PROTECTIVE FUND INSURANCE LTD. | P&C/PC | N-7788 | 328-6709 | 302-5043 | S.G. Hambros MS. Cheryl Bastian | cheryl.bastian @sghambros.com |
| SAGICOR CAPITAL LIFE INSURANCE COMPANY LTD. (Formerly Capital Life Insurance Company Ltd.) | L & H | N-3937 | 328-2520 | 322-4195 | McKinney, Bancroft & Hughes | nassau@mckinney.com.bs |
| SPECIAL INSURANCE COMPANY LTD. | P&C/AFC | N-3026 | 356-9432 | 356-5454 | Mrs. Dianne Stewart | |
| SEVEN SEAS INSURANCE COMPANY LTD. | P & C | N-4870 | 328-6974 | 328-5992 | Winterbotham Trust Company Ltd. Ms. Desirade Clarke | nassau@winterbotham.com |
| STEWART TITLE GUARANTY COMPANY LTD. | P&C | SS-19028 | 502-5250 | 502-5200 | NUCA Insurance Agency Ltd. Mr. John Dunkley | johnd@nucainsurance.com |
| STIRRUP INSURANCE LTD. | P&C/AFC | | | | Higgs & Johnson Mrs. Hollie Lunn-Donathon | hlunn@higgsjohnson.com |
| STONE INSURANCE COMPANY (BAHAMAS) LTD. | P&C/ASC | N-7117 | 328-6816 | 362-6412 | Ms. Michelle Nottage | michellenottage@coralwave.com |
| WINTERBOTHAM INSURANCE COMPANY LTD. | P&C | N-3026 | 356-9432 | 356-5454 | Ms. Patricia Lightbourne-Thompson | nassau@winterbotham.com |
| **AGENCY CAPTIVE** | | | | | | |
| ALEXIOU KNOWLES AND COMPANY UNDERWRITING MANAGER LTD. | AGC | N-4805 | 328-8395 | 322-1126 | Mrs. Aranua Roberts Winterbotham | |
| ARCHIPELAGO TITLE INSURANCE AGENCY | AGC | CB-12736 | 323-4622 | 323-4629 | Mr. Emanuel Alexiou | ealexiou@bahamaslaw.com |
| BERRY ISLAND MANAGEMENT LTD. | AGC | | | 393-4996 | Mr. Arnold Forbes | amold@arnoldforbesco.bs |
| RESORT TITLE INSURANCE AGENCY LTD. (Formerly Lennox Paton Title Insurance Agency Ltd.) | AGC | N-4875 | 328-0566 | 502-6000 | Mrs. Deborah Russell Lennox Patton | drussell@lennoxpaton.com |
| **AGENCY BROKER** | | | | | | |
| FIVE OCEANS | AGB | | 326-8388 | 323-8574 | Ms. LaShonda Seymour | info@privatetrustco.com |

The Government of the Bahamas - External Insurers and Underwriting Managers List

| BROKERAGE CO. LTD. | | | | | | |
|---|---|---|---|---|---|---|
| **UNDERWRITING MANAGERS** | | | | | | |
| ATLAS INSURANCE MANAGEMENT LTD. | UWM | CB-12724 | 326-5349 | 326-5205 | Mr. Clive Dawson | cdawson@bnfigroup.com |
| NORDICA INSURANCE MANAGEMENT LTD. | UWM | N-10222 | 323-2300 | 323-2600 | Mr. Alan Cole | acole@sovereigngroup.com |
| UNDERWRITING MANAGEMENT SERVICES LTD. | UWM | CB-11651 | 325-8291 | 325-1016 328-6779 | Mr. David Reynolds | direnolds@lloydsmed.com |
| WINTERBOTHAM INSURANCE MANAGEMENT LTD. | UWM | N-3026 | 356-9432 | 356-5454 | Mrs. Aranua Roberts Winterbotham | nassau@winterbotham.com |

**KEY:**

L & H Life and Health
LT Long Term
PC Pure Captive
AFC Affiliated Captive
AGC Agency Captive
ASC Associate Captive
AGB Captive Broker
P & C Property and Casualty *1
UWM Underwriting Manager
*1 (Formerly listed as Other Than Life "OTL")

© 2005 The Official Website of The Government of The Bahamas. All rights reserved

The Commonwealth of the Bahamas

Home | Site Map | How Do I | Contact Us | FAQ | Disclaimer | Forms | Print          Visit a Ministry

**Insurance**

- About the ORIC
- Conferences
- Laws and Regulations
- Public Register
- Reports
- Links
- Contacts

Register of Insurance Companies > Public Register > Insurers and Intermediaries List



## OFFICE OF THE REGISTRAR OF INSURANCE COMPANIES
### LIST OF INSURERS AND INTERMEDIARIES
### REGISTERED UNDER THE INSURANCE ACT, 1969
### AS OF JUNE 30TH 2007

| LICENSEE | CLASS | P O BOX | TELEFAX | TELEPHONE | REPRESENTATIVE | E-MAIL |
|---|---|---|---|---|---|---|
| **AGENTS & BROKERS** | | | | | | |
| ABACO INSURANCE AGENCY LIMITED | AGENT | AB-20404 | 367-3075 | 367-2549 | Mr. Daron Roberts | Droberts@abacoinsurance.cor abacoinsurance@coralwave.co |
| AEONIAN (BAHAMAS) TITLE AGENCY LTD. | AGENT | N-4911 | 322-5419 | 322-1055 | Mr. William P. Holowesko | wph@holoweskolawfirm.com |
| ASHBARD INSURANCE AGENCY | AGENT | SS-6687 | 328-7888 | 393-1318 | Mr. Peter Muscroft | phm30@bahamas.net.bs |
| BAHAMAS LIFE & PROPERTY INSURANCE AGENCY LTD. | AGENT | CR-54906 | 323-1333 323-1334 | 393-1054 | Ms. Christine Whitfield | sonalag41@batelnet.bs |
| BARCLAYS FINANCE CORPORATION LTD. | AGENT | N-8350 | 323-4450 | 322-7466 | Ms. Candice Williams | www.firstcaribbeanbank.com |

| Name | Type | Code | Phone | Phone | Contact | Email |
|---|---|---|---|---|---|---|
| BETHEL-THOMPSON AGENCY LIMITED | AGENT | SS-5157 | 394-7158 | 394-7251 | Mrs. Angela Bethel | bethelthompson@coralwave.ca |
| COLINA GENERAL INSURANCE AGENCY LTD. | AGENT | N-4728 | 325-3825 | 325-3809 | Mr. Howard Knowles | hknowles@colinageneral.com |
| COMMONWEALTH BANK LTD. | AGENT | SS-6263 | 394-5807 | 502-6200 | Mr. Ian Jennings | ianjennings@combankltd.com |
| COMPUTITLE LTD. | AGENT | N-4645 | 323-3249 | 323-4579 | Mr. Fred Phillips | computitle@coralwave.com |
| FAMILY GUARDIAN GENERAL INSURANCE AGENCY LTD. | AGENT | SS-6232 | 393-1100 | 393-1023 | Ms. Patricia Hermanns | phermanns@familyguardian.cc |
| FIRST BAHAMAS TITLE INSURANCE AGENCY LTD. | AGENT | N-3247 | 502-6250 | 502-6200 | Mr. Oscar Johnson | ojohnson@higgsjohnson.com |
| FINANCE CORPORATION OF THE BAHAMAS LTD. | AGENT | N-3038 | 326-3031 | 502-7721 | Ms. Anna Maria DeGregory | annamariadegregory@btc.com |
| GB COMPLETIONS TITLE INSURANCE AGENCY LTD. | AGENT | F-42507 | 351-3911 | 351-4927 | Mrs. Veronica d. Grant | vdg.law@coralwave.com |
| INSURANCE GOVERNORS LTD | AGENT | SS-6236 | 326-3212 | 325-3973 | Mr. Nicholas Ward | |
| MOSELEY BURNSIDE INSURANCE AGENCY LTD. | AGENT | N-3208 | 394-8309 | 394-8305/8 | Mrs. Frances McKenzie-Oliver | francisem@mbia.bahamas.com |
| RESPONSE INSURANCE AGENCY LTD. | AGENT | CB-13694 | 393-3327 | 366-4542 364-5072 | Mr. Thaddeus Thompson Jr. | tegtoent@hotmail.com |

The Government of the Bahamas - Insurers and Intermediaries List

Page 3 of 9

| Company | Type | Code | Phone 1 | Phone 2 | Contact | Email |
|---|---|---|---|---|---|---|
| RHODES GLOBAL INSURANCE AGENCY LTD. | AGENT | SS-19387 | 328-8124 | 328-8123 | Mr. Robert G.P. DeSwanton | rodesglobal@yahoo.com |
| SIMONS & ASSOCIATES LTD. | AGENT | N-8337 | 323-3720 | 322-2341 | J.S. Johnson & Company Ltd. Mr. Marvin Bethell | mbethell@sjohnson |
| ADVANTAGE INSURANCE BROKERS & AGENTS LTD. | AGENT & BROKER | N-9942 | 356-0281 | 356-0285 | Mr. Gregory Ritchie | aiba@batelnet.net.bs |
| A. SCOTT FITZGERALD BROKERS & AGENTS LTD. | AGENT & BROKER | SS-6765 | 356-5711 | 356-5709 | Mrs. A. Scott Fitzgerald | asfins@batelnet.bs |
| BAHAMA HEALTH INSURANCE BROKERS & BENEFITS CONSULTANTS LTD. | AGENT & BROKER | SS-19079 | 396-1031 | 396-1300 | Mr. Stuart Kelly | skelly@familyguradian.com |
| BAHAMAS INSURANCE BROKERS & AGENTS LTD. | AGENT & BROKER | N-376 | 328-1526 | 356-6482 | Ms. Joan E. Powell | bibal@bahamasinsurance.com |
| BAHAMA LIFE/PROPERTY AGENCY LIMITED | AGENT & BROKER | N-7144 | 393-1736 | 393-1054 | Mr. Ednol Farquharson | ednolfarquharson@yahoo.com |
| CARIB INSURANCE AGENCY LTD. | AGENT & BROKER | N-4200 | 322-5277 | 322-82104 | Mr. Archer Archer | aarcher@carib.com.bs |
| CEDARS INSURANCE BROKERS & AGENTS LTD. | AGENT & BROKER | N-1310 | 341-8405 | 341-8404 | Ms. Debra MaeColbey | cedarsinsbrokers@coralwave.( |
| CMA INSURANCE BROKERS & AGENTS LTD. | AGENT & BROKER | SS-19067 | 394-7943 | 393-6734 | Mr. Anthony A. McKinney Mr. Fintan Mooney | fmooney@cmainsurance.com |

The Government of the Bahamas - Insurers and Intermediaries List

| | | | | | | |
|---|---|---|---|---|---|---|
| COLE INSURANCE BROKERS & AGENTS LTD. | AGENT & BROKER | N-121 | 323-4222 | 323-4111 | Mr. Brock Cole | info@cole-insurance.com |
| COMPREHENSIVE INSURANCE BROKERS & AGENTS LTD. | AGENT & BROKER | N-9715 | 327-0853 | 327-0854 | Mr. Glenn S. Ferguson | glen@coralwave.com |
| CONFIDENCE INSURANCE BROKERS & AGENTS LTD. | AGENT & BROKER | SS-6253 | 325-8486 | 323-6920 | Mr. Jerome Knowles | jik219@hotmail.com |
| DEAN & ASSOCIATES PROFESSIONAL INSURANCE CONSULTANTS AGENTS & BROKERS LTD. | AGENT & BROKER | N-4728 | 356-0887 | 356-0986/7 | Mrs. Frances Dean | deanagentandbrokers@yahoo. |
| DEBORAH D. DELANCY INSURANCE BROKERS & AGENTS. | AGENT & BROKER | F-40159 | 352-4689 | 352-8928 557-6321 | Deborah D. Delancy | matthew_0506@hotmail.com |
| ELEUTHERA INSURANCE AGENTS & BROKERS LIMITED | AGENT & BROKER | EL-26030 | 334-2280 | 334-2254 334-2203 | Chandra Sands | csands@esp1976.com |
| EQUITY INSURANCE AGENTS & BROKERS CO. LTD. | AGENT & BROKER | SS-19020 | 394-6984 | 394-6933 | Mr. Anthony Cox | |
| FRED S. RAMSEY GENERAL INSURANCE AGENCY LTD. | AGENT & BROKER | FH-14584 | 322-6970 | 325-6724 322-1910 | Mr. Fred S. Ramsey | fredramseyagency@yahoo.cor |
| GALANOS INSURANCE | AGENT & | CR-54906 | 323-1333 | 323-1334 | Mr. Peter Galanos | sonalag41@batelnet.bs |

The Government of the Bahamas - Insurers and Intermediaries List

Page 5 of 9

| AGENCY LIMITED. | BROKER | | | | | | |
|---|---|---|---|---|---|---|---|
| GATEWAY INSURANCE BROKERS & AGENTS LIMITED | AGENT & BROKER | EE-15966 | 324-4102 | 324-5920 | Mr. Roger Dean | gatewayinsurance@hotmail.co |
| GENERAL BROKERS & AGENTS (GRAND BAHAMA) LTD. | AGENT & BROKER | F-41372 | 352-7764 | 352-78911/2 | Mr. Anthony Ferguson | aferguson@gba.com |
| GENERAL BROKERS & AGENTS LTD. | AGENT & BROKER | SS-6167 | 326-6585 | 322-1871 | Mrs. Cynthia Meadows | cmeadows@gba.com |
| HERBERT H. NEWBOLD INSURANCE BROKERS & AGENTS LTD. | AGENT & BROKER | N-4815 | 461-1018 461-1000 | | Mr. Herbert H. Newbold | hnewbold@babinsurance.com |
| INSURANCE MANAGEMENT (BAHAMAS) LTD. | AGENT & BROKER | SS-6283 | 394-5555 | 323-6520 | Mr. Cedric Saunders | insurman@batelnet.bs |
| J.S. JOHNSON & COMPANY LTD. | AGENT & BROKER | N-8337 | 323-3720 | 322-2341 | Mr. Marvin Bethell | mbethell@sjohnson.com |
| LAMPKIN & COMPANY INSURANCE BROKERS & BENEFIT CONSULTANTS LTD. | AGENT & BROKER | EE-15280 | 326-8024 | 325-0850 323-2292 | Mrs. Jeanine M. Lampkin | lampkinco@coralwave.com |
| LIV INSURANCE BROKERS & AGENTS LTD. | AGENT & BROKER | N-1472 | 361-8166 | 323-5123 427-9283 | Mrs. Nadine Bain Frazier Ms. Barbara Cartwright | livinsurance@coralwave.com |
| NASSAU INSURANCE BROKERS & AGENTS LTD. | AGENT & BROKER | N-8195 | 328-8326 | 322-89141/5 | McKinney & Turner & Co. Mr. Michael C.E. Turner | macturn@coralwave.com |
| NASSAU | AGENT | N- | 328-5974 | 328-5992 | Mr. John | johnd@nucains.com |

The Government of the Bahamas - Insurers and Intermediaries List

Page 6 of 9

| Company | Type | No. | Phone 1 | Phone 2 | Contact | Email |
|---|---|---|---|---|---|---|
| UNDERWRITERS AGENCY INSURANCE AGENTS & BROKERS LTD. | & BROKER | 4870 | | | Dunkley | |
| ORRY J. SANDS & COMPANY LTD. | & BROKER | N-3827 0 | 393-6258 | 393-4300 | Mrs. Orry J. Sands | ojsco@batelnet.net.bs |
| PROFESSIONAL INSURANCE CONSULTANTS LTD. | AGENT & BROKER | CB-10983 | 327-2144 | 327-2142-5 | Mr. Bruce Ferguson | pic@coralwave.com |
| STAR GENERAL INSURANCE AGENTS & BROKERS LTD. | AGENT & BROKER | N-1108 | 394-1934 | 393-5529 | Mr. Herbert Thompson | stargeneral@stargeneralnp.co |
| STAR GENERAL INSURANCE AGENCY (GRAND BAHAMA) LTD. | AGENT & BROKER | F-43044 | 352-5860 | 352-5705 350-7827 | Mrs. Linda Gibson | stargen@stargeneralgbi.com |
| SUMMERLEA INSURANCE BROKERS & AGENTS LTD. | AGENT & BROKER | N-4330 | 394-5123 394-3504 | 323-5123 | Mr. Derek Bowleg | |
| SUNSHINE INSURANCE AGENTS & BROKERS LTD. | AGENT & BROKER | N-3180 | 394-0019 394-3101 | 394-0011 | Mr. Brian J. Moodie | b.moodie@sunshine-insurance |
| THE BAHAMAS COOPERATIVE LEAGUE INSURANCE BROKERAGE LTD. | AGENT & BROKER | SS-6314 | 328-8730 | 302-0100 | Mr. Orman Johnson | ojohnson@bclibl.og |
| TRINITY INSURANCE AGENTS & BROKERAGE SERVICES LTD. | AGENT & BROKER | F-60419 | 351-2044 | 351-2022 351-2029 | Mr. Phillip K. Franks | philfranks@hotmail.com |
| TRISTAR | AGENT | N- | 3280536 | 502-9400 | Mr. Harold | hantot@coralwave.com |

| | | | | | | Anfor | |
|---|---|---|---|---|---|---|---|
| INSURANCE AGENTS & BROKERS LTD. | & BROKER | | 4932 | 502-9492 | 322-3843 | | tristarbahamas.com |
| UNIVERSAL INSURANCE AGENCY LTD. | AGENT & BROKER | N- 8233 | 322-4639 | 326-8697 325-1939 | | Mrs. Suzanne Black | sblack@batelnet.bs |
| VAUGHN L. CULMER & ASSOCIATES LTD. | AGENT & BROKER | N- 4456 | 356-0169 | 356-0159 | | Mr. Vaughn L. Culmer | vlculmer@hotmail.com |
| WORLDWIDE INSURANCE AGENTS & BROKERS LTD. | AGENT & BROKER | SB- 50643 | 394-2089 | 328-3871 | | Mrs. Virginia Outten | virginiaouttenagencies@yahoo |
| ANDEAUS INSURANCE BROKERS COMPANY LTD. | BROKER | CB- 11665 | 328-6357 | 323-4545 | | Mr. Andrew A. Flowers | andeaus@coralwave.com |
| AON RISK SERVICES (HOLDINGS) OF THE AMERICAS LTD. | BROKER | N- 8337 | 394-5376 | 322-2341 | | J.S. Johnson & Company Ltd. Mr. Marvin Bethell | mbethell@jsjohnson.com |
| BRIAT HOLDINGS INTERNATIONAL BROKER LIMITED | BROKER | CB- 12724 | 326-5349 | 326-5205 | | Mr. Clive Dawson | c.dawson@britgroup.com |
| BRITANNIA BROKERAGE LIMITED | AGB | CB- 12725 | 326-5350 | 326-5206 | | Mr. Clive Dawson | c.dawson@britgroup.com |
| CONSOLIDATED HEALTH SERVICES INSURANCE BROKERS LTD. | BROKER | N- 8285 | 322-7517 | 322-7516 | | Mr. Paul & Mrs. Cheryl Gomez | pgomez@gtbahamas.net |
| J & H MARSH & MCLENNAN INCORPORATED | BROKER | N- 3180 | 394-0019 394-3101 | 394-0011 | | Sunshine Insurance Agents & Brokers Ltd. Mr. Brian J. Moodie | b.moodie@sunshine-insurance |

| **RUN OFF** | | | | | | |
|---|---|---|---|---|---|---|
| ALLIED BAHAMAS INSURANCE LTD. | P & C | SS-6167 | 326-6472 | 326-3537 | Bahamas First General Insurance Company Ltd. Mr. Patrick ward | patrick@bahamasfirst.com |
| CAPITAL LIFE INSURANCE (BAHAMAS) LTD. (Formerly Life of Barbados) | L & H | N-3937 | 328-2520 328-0536 | 322-4195 502-9400 | McKinney, Bancroft & Hughes Mrs. Dianne Stewart Ms. G. Kenra Russell | nassau@mckinney.com.bs |
| CIGNA INSURANCE COMPANY LTD. | P & C | N-8337 | 394-5376 | 322-2341 | J. S. Johnson & Company Ltd. Mr. Marvin Bethell | mbethell@jsjohnson.com |
| COLINA GENERAL INSURANCE LIMITED. | P & C | N-4728 | 325-3825 | 325-3809 325-3812 | Mr. Howard Knowles | hknowles@colinageneral.com |
| COMMERCIAL UNION ASSURANCE CO. | P & C | SS-6167 | 326-5472 | 326-3537 | Bahamas First General Insurance Company Ltd. Mr. Patrick ward | patrick@bahamasfirst.com |
| CONTINENTAL INSURANCE COMPANY LTD. | P & C | N-8337 | 323-3720 | 322-2341 | J. S. Johnson & Company Ltd. Mr. Marvin Bethell | mbethell@jsjohnson.com |
| EAGLE STAR INSURANCE COMPANY | P & C | N-8337 | 394-5376 | 322-2341 | J. S. Johnson & Company Ltd. Mr. Marvin Bethell | mbethell@jsjohnson.com |

The Government of the Bahamas - Insurers and Intermediaries List

Bethell

**KEY:**

| L & H Life and Health |
| LT Long Term |
| AGB Captive Broker |
| P & C Property and Casualty *1 |
| *1 (Formerly listed as Other Than Life "OTL") |

© 2005 The Official Website of The Government of The Bahamas. All rights reserved

Page 9 of 9

10/31/2007

Exhibit "G"

4464-F8

# HARVEY MILAM
1145 Robinson St.
Ocean Springs, MS  39564

October 9, 2007

Mr. Richard Fogerty
Ms. Tammy Fu
Kroll (Caymen) Limited
P.O. Box 1102
Bermuda House, 4th Floor
Cayman Financial Centre
Grand Cayman KY1-1102
CAYMAN ISLANDS

Re:  Condor Insurance Limited – In Official Liquidation (the "Company")

Dear Sir and Madam:

Per our agreement, please find enclosed the September 2007 monthly report for Condor Guaranty, Inc., a Segregated Cell of Professional Benefit Association.

Sincerely,

Harvey T. Milam

Enclosure

Condor Guaranty, Inc., A Segregated Cell of Professional Benefit Association
General Ledger - September 1, 2007 thru September 30, 2007

## September 2007 Summary

| | |
|---|---|
| Income | $502,933.59 |
| | |
| Brokerage Expense | $120,740.96 |
| Operating and Office Expense | $67,460.00 |
| Payroll Expense | $82,570.62 |
| Tax Liability for US Residents | $92,728.00 |
| Benefit Expense | $7,116.09 |
| Dividend Expense | $8,218.78 |
| Bank Charges | $1,294.00 |
| Legal and Professional Expense | $69,414.92 |
| Asset Maintenance Expense | $20,000.00 |
| | |
| Total Expenses | $469,543.37 |
| | |
| Operating Surplus for September 2007 | $33,390.22 |